# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                      §
                                            §
ANTHONY VERDONE                             §        Case No. 11-15686
TAMEE VERDONE                               §
                                            §
                                            §
            Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW NEMETH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

Case 2:11-bk-15686-DPC    Doc 85    Filed 12/19/13    Entered 12/19/13 11:16:08    Desc
Main Document      Page 1 of 17

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW NEMETH _____
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VERDONE, ANTHONY | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 5170 Simi Valley, CA 93062 | | | | | |
| | Bank of America PO Box 5170 Simi Valley, CA 93062 | | | | | |
| | Chase Bank PO Bank 78068 Phoenix, AZ 85062 | | | | | |
| | Pacific Western Bank 900 Canterbury Place, Suite 100 Escondi | | | | | |
| | Provident Funding PO Box 5914 Santa Rosa, CA 95402 | | | | | |
| 2 | Pinal County Treasurer | | | | | |
| 13 | SOUTHWEST MOTOR VEHICLE CENTER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW NEMETH | | | | | |
| ANDREW NEMETH | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 5)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| DONNA WYATT | | | | | |
| KELLY McCOY | | | | | |
| KELLY McCOY | | | | | |
| KELLY McCOY | | | | | |
| KELLY McCOY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pinal County Treasurer PO Box 729 Florence, AZ 85132-0729 | | | | | |
| | Pinal County Treasurer PO Box 729 Florence, AZ 85132-0729 | | | | | |
| | Pinal County Treasurer PO Box 729 Florence, AZ 85132-0729 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | American InfoSource LP as agent for | | | | | |
| 4 | American InfoSource LP as agent for | | | | | |
| | Apartment Source 4110 N. Goldwater Blvd. Suite 108 Scottsdal | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15220 Wilmington, DE 19886 | | | | | |
| | Bank of America POB 301200 Los Angeles, CA 90030-1200 | | | | | |
| | Bloomingdales Dept. Stores National Bank Bankruptcy Processi | | | | | |
| 9 | Chase Bank USA, N.A. | | | | | |
| 6 | Chase Bank USA, N.A. | | | | | |
| 10 | Chase Bank USA, N.A. | | | | | |
| 8 | Chase Bank USA, N.A. | | | | | |
| 7 | Chase Bank USA, N.A. | | | | | |
| | Chase POB 52195 Phoenix, AZ 85072-2195 | | | | | |
| | Chase POB 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase POB 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase POB 94014 Palatine, IL 60094-4014 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | HSBC Bank Nevada, N.A. | | | | | |
| | JP Morgan Chase PO Box 29550 AZ1-1004 Phoenix, AZ 85038 | | | | | |
| | New York Life PO Box 130589 Dallas, TX 75313 | | | | | |
| 3 | Nordstrom fsb | | | | | |
| 11 | PACIFIC WESTERN BANK | | | | | |
| 1 | Richard Q. Nye, Ltd | | | | | |
| | Textron Financial Corporation % C T CORPORATION SYSTEM 2394 | | | | | |
| | Wells Fargo P.O. Box 54349 Los Angeles, CA 90054-0349 | | | | | |
| | Wells Fargo PO Box 30086 Los Angeles, CA 90030 | | | | | |
| | Wells Fargo POB 29486 Phoenix, AZ 85038-9486 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  11-15686    DPC    Judge:  Honorable Daniel P. Collins    Trustee Name:  ANDREW NEMETH    **Exhibit 8**
Case Name:  ANTHONY VERDONE    Date Filed (f) or Converted (c): 05/31/11 (f)
TAMEE VERDONE    341(a) Meeting Date:  07/07/11
For Period Ending: 12/19/13    Claims Bar Date:  01/12/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1 | 428 8th Street, Huntington Beach CA 92648 | 1,047,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 12690 E Cochise Drive, Scottsdale, AZ 85259 | 735,520.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Midway Industrial District : Lot 2, Parcel Number 402-16-002 | 7,200.00 | 7,200.00 | | 5,500.00 | FA |
| 4 | Midway Industrial District : Lot 3, Parcel Number 402-16-003 | 7,200.00 | 7,200.00 | | 3,500.00 | FA |
| 5 | Midway Industrial District : Lot 22, Parcel Number 402-16-00 | 2,700.00 | 2,700.00 | | 1,800.00 | 0.00 |
| 6 | Vacant lot in Whim Planation, Frederiksted, St. Croixe in th | 1,500.00 | 1,500.00 | | 1,900.00 | FA |
| 7 | Unionbank | 300.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Wells Fargo -- account ending 3876 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Household Goods | 2,175.00 | 550.00 | | 0.00 | 0.00 |
| 10 | Debtor's Clothing | 150.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Co-Debtor's Clothing | 250.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Co-Debtor's Wedding & Engagement Jewelry | 200.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Conseco Life Insurance Term Policy | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Sentry Insurance Term Policy | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | Northwestern Mutual | 21,885.94 | 0.00 | | 0.00 | 0.00 |
| 16 | Northwest Mutual | 10,970.52 | 0.00 | | 0.00 | 0.00 |
| 17 | Northwestern Mutual Term Life | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | New York Life Insurance -- Wholelife | 30,551.06 | 0.00 | | 0.00 | 0.00 |
| 19 | Northwestern Mutual | 6,743.85 | 0.00 | | 0.00 | 0.00 |
| 20 | New York Life Insurance -- Term | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | Northwestern Mutual Life Insurance | 2,400.00 | 0.00 | | 0.00 | 0.00 |
| 22 | Harrington Wealth Management IRA | 115.89 | 0.00 | | 0.00 | 0.00 |
| 23 | IRA with MFS Investment | 16,367.15 | 0.00 | | 0.00 | 0.00 |
| 24 | IRA with MFS Investment | 22,848.08 | 581.98 | | 0.00 | 581.98 |
| 25 | Northwestern Mutual Investment Account | 226.35 | 226.35 | | 0.00 | 226.35 |

Case 2:11-bk-15686-DPC    Doc 85    Filed 12/19/13    Entered 12/19/13 11:16:08    Desc
Main Document    Page 10 of 17

Case No: 11-15686    DPC    Judge:   Honorable Daniel P. Collins
Case Name: ANTHONY VERDONE
         TAMEE VERDONE
For Period Ending: 12/19/13

Trustee Name:    ANDREW NEMETH
Date Filed (f) or Converted (c): 05/31/11 (f)
341(a) Meeting Date:   07/07/11
Claims Bar Date:   01/12/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | Northwestern Mutual Disability Account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 27 | AnTam LLC (Members with son and dauther) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28 | 2006 Mercedes CLK230 | 10,000.00 | 465.48 | | 11,000.00 | FA |
| 29 | 2006 Ford F250 - Damaged | 7,000.00 | 2,000.00 | | 11,500.00 | FA |
| 30 | Race Car - Currently in Pieces. | 1,500.00 | 1,500.00 | | 0.00 | 0.00 |
| 31 | Misc. hand tools, 2 standing tool boxes, small bench grinder | 5,000.00 | 5,000.00 | | 0.00 | 0.00 |
| 32 | Dog | 50.00 | 0.00 | | 0.00 | 0.00 |
| 33 | RENTS (u) | 0.00 | 1,700.00 | | 1,700.00 | 0.00 |
| 34 | LOT 23 MIDWAY INDUSTRIAL DISTRICT (u) | 0.00 | 2,300.00 | | 2,300.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.63 | Unknown |

TOTALS (Excluding Unknown Values)    $1,939,853.84    $27,923.81    $39,200.63

Gross Value of Remaining Assets $808.33

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Kevin McCoy reviewing file

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 08/15/13

UST Form 101-7-TDR (5/1/2011) (Page: 11)
Case 2:11-bk-15686-DPC   Doc 85   Filed 12/19/13   Entered 12/19/13 11:16:08   Desc
Main Document    Page 11 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-15686
Case Name: ANTHONY VERDONE
TAMEE VERDONE
Taxpayer ID No: XX-XXX3558
For Period Ending: 12/19/13

Trustee Name: ANDREW NEMETH
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX9741 - Money Market Account
Blanket Bond (per case limit): $500,000.00
Separate Bond (if applicable):

**Exhibit 9**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/11 | 33 | VERDONE, ANTHONY 428 8TH ST. HUNTINGTON BEACH, CA 92648 | PAYMENT FROM DEBTOR RENTS JUNE $850 AND JULY $850 6833 E. OSBORN, SCOTTSDALE, AZ | 1229-000 | 1,700.00 | | 1,700.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,700.01 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,700.02 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.10 | 1,697.92 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,697.93 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.09 | 1,695.84 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,695.85 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.22 | 1,693.63 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,693.64 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.01 | 1,691.63 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,691.64 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.08 | 1,689.56 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,689.57 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.15 | 1,687.42 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,687.43 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.14 | 1,685.29 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,685.30 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.00 | 1,683.30 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,683.31 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.21 | 1,681.10 |
| 08/03/12 | 4 | VERDONE, ANTHONY 428 8TH ST. HUNTINGTON BEACH, CA 92648 | PAYMENT FROM THIRD PARTY SALE OF REAL PROPERTY TO RICK McCLURE | 1110-000 | 3,500.00 | | 5,181.10 |

Page Subtotals  5,200.10   19.00

Case 2:11-bk-15686-DPC   Doc 85   Filed 12/19/13   Entered 12/19/13 11:16:08   Desc
Main Document   Page 12 of 17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-15686
Case Name: ANTHONY VERDONE
TAMEE VERDONE
Taxpayer ID No: XX-XXX3558
For Period Ending: 12/19/13

Trustee Name: ANDREW NEMETH
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX9741 - Money Market Account
Blanket Bond (per case limit): $500,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/03/12 | 3 | GROOMED TRAILS LLC<br>MONTE POLLARD, MANAGER<br>1931 S. CENTRAL PL.<br>CHANDLER, AZ 85248 | PAYMENT FROM THIRD PARTY<br>SALE OF REAL PROPERTY TO MONTE<br>POLLARD | 1110-000 | 5,500.00 | | 10,681.10 |
| 08/03/12 | 000301 | WYATT, DONNA<br>P.O. BOX 39576<br>PHOENIX, AZ 85069 | TRUSTEE SALE NOTICING FEE | 2990-000 | | 30.00 | 10,651.10 |
| 08/16/12 | 5 | WILLIAM REESER | PAYMENT FROM THIRD PARTY | 1110-000 | 800.00 | | 11,451.10 |
| 08/16/12 | 5 | WILLIAM REESER | PAYMENT FROM THIRD PARTY | 1110-000 | 1,000.00 | | 12,451.10 |
| 08/16/12 | 34 | WILLIAM REESER | PAYMENT FROM THIRD PARTY | 1210-000 | 1,000.00 | | 13,451.10 |
| 08/16/12 | 34 | WILLIAM REESER | PAYMENT FROM THIRD PARTY | 1210-000 | 1,000.00 | | 14,451.10 |
| 08/16/12 | 34 | WILLIAM REESER | PAYMENT FROM THIRD PARTY | 1210-000 | 300.00 | | 14,751.10 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 14,751.19 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 13.00 | 14,738.19 |
| 09/12/12 | 6 | EMC2, LLC | PAYMENT FROM THIRD PARTY<br>SALE OF PROPERTY | 1110-000 | 1,900.00 | | 16,638.19 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 16,638.31 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 17.88 | 16,620.43 |
| 10/02/12 | 28 | MONTE POLLARD | PAYMENT FROM THIRD PARTY<br>SALE OF 2006 MERCEDES CLK350 (NOT<br>CLK320) | 1129-000 | 11,000.00 | | 27,620.43 |
| 10/02/12 | 29 | DEREK OTTO | ACCOUNTS RECEIVABLEPARTY | 1129-000 | 11,500.00 | | 39,120.43 |
| 10/19/12 | 000302 | VERDONE, ANTHONY<br>VERDONE, TAMEE<br>428 8TH ST.<br>HUNTINGTON BEACH, CA 92648 | AUTOMOBILE EXEMPTION<br>EXEMPTION ON MERCEDES CLK350 | 8100-002 | | 5,000.00 | 34,120.43 |

Page Subtotals      34,000.21      5,060.88

Case 2:11-bk-15686-DPC    Doc 85    Filed 12/19/13    Entered 12/19/13 11:16:08    Desc
Main Document    Page 13 of 17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-15686
Case Name: ANTHONY VERDONE
TAMEE VERDONE
Taxpayer ID No: XX-XXX3558
For Period Ending: 12/19/13

Trustee Name: ANDREW NEMETH
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX9741 - Money Market Account
Blanket Bond (per case limit): $500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/12 | 000303 | VERDONE, ANTHONY VERDONE, TAMEE 428 8TH ST. HUNTINGTON BEACH, CA 92648 | AUTOMOBILE EXEMPTION AUTOMOBILE EXEMPTION ON 2006 FORD F250 | 8100-002 | | 5,000.00 | 29,120.43 |
| 10/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 29,120.72 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 43.73 | 29,076.99 |
| 11/02/12 | 000301 | WYATT, DONNA P.O. BOX 39576 PHOENIX, AZ 85069 | Stop payment received from ETRX | 2990-000 | | -30.00 | 29,106.99 |
| 11/05/12 | INT | BANK OF AMERICA, N.A. | | 1270-000 | 0.03 | | 29,107.02 |
| 11/05/12 | | BANK OF AMERICA, N.A. | Bank Service Fee | 2600-000 | | 2.39 | 29,104.63 |
| 11/05/12 | | Transfer to Acct#XXXXXX0161 | Transfer of Funds | 9999-000 | | 29,104.63 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 39,200.63 | 39,200.63 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 29,104.63 | |
| Subtotal | 39,200.63 | 10,096.00 | |
| Less: Payments to Debtors | 0.00 | 10,000.00 | |
| Net | 39,200.63 | 96.00 | |

| Page Subtotals | 0.32 | 34,120.75 |
|---|---|---|

Case 2:11-bk-15686-DPC    Doc 85    Filed 12/19/13    Entered 12/19/13 11:16:08    Desc
Main Document    Page 14 of 17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-15686
Case Name: ANTHONY VERDONE
            TAMEE VERDONE
Taxpayer ID No: XX-XXX3558
For Period Ending: 12/19/13

Trustee Name: ANDREW NEMETH
Bank Name: Union Bank
Account Number/CD#: XXXXXX0161 - Checking Account
Blanket Bond (per case limit): $500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/12 | | Transfer from Acct#XXXXXX9741 | Transfer of Funds | | 9999-000 | 29,104.63 | | 29,104.63 |
| 11/16/12 | 001001 | KELLY McCOY 1411 N. THIRD ST. PHOENIX, AZ 85004 | Attorney Fees and Expenses | | | | 9,522.51 | 19,582.12 |
| | | KELLY McCOY | Attorney Fees | (9,448.50) | 3210-000 | | | |
| | | KELLY McCOY | Attorney Expenses | (74.01) | 3220-000 | | | |
| 11/26/12 | 001002 | WYATT, DONNA 7635 N. 37th AVE. PHOENIX, AZ 85051 | Trustee Sale Noticing | | 2990-000 | | 30.00 | 19,552.12 |
| 12/05/12 | 001003 | SOUTHWEST MOTOR VEHICLE CENTER For State of Arizona 7930 E. Speedway Blvd., Ste. 100 Tucson, AZ 85748 | SALES TAX AND PENALTIES | | 4800-000 | | 4,409.94 | 15,142.18 |
| 12/26/12 | | Union Bank | BANK SERVICES FEE (CHK) | | 2600-000 | | 26.72 | 15,115.46 |
| 01/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | | 2600-000 | | 22.48 | 15,092.98 |
| 02/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | | 2600-000 | | 19.25 | 15,073.73 |
| 03/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | | 2600-000 | | 20.26 | 15,053.47 |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | | 2600-000 | | 22.40 | 15,031.07 |
| 05/28/13 | | Union Bank | BANK SERVICES FEE (CHK) | | 2600-000 | | 21.64 | 15,009.43 |
| 06/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | | 2600-000 | | 22.34 | 14,987.09 |
| 07/12/13 | 001004 | KELLY McCOY 340 E PALM LN, STE 300 PHOENIX, AZ 85004 | ATTORNEY FEES AND COSTS | | | | 1,676.05 | 13,311.04 |
| | | KELLY McCOY | ATTORNEY FEES | (1,540.50) | 3210-000 | | | |
| | | KELLY McCOY | ATTORNEY COSTS | (135.55) | 3220-000 | | | |

Page Subtotals    29,104.63    15,793.59

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-15686
Case Name: ANTHONY VERDONE
TAMEE VERDONE
Taxpayer ID No: XX-XXX3558
For Period Ending: 12/19/13

Trustee Name: ANDREW NEMETH
Bank Name: Union Bank
Account Number/CD#: XXXXXX0161 - Checking Account
Blanket Bond (per case limit): $500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/13 | 001005 | ANDREW NEMETH P.O. BOX 30130 PHOENIX, AZ 85046-0130 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 3,670.06 | 9,640.98 |
| 10/16/13 | 001006 | Richard Q. Nye, Ltd 9141 E. Haden Spur Trail, Suite 105 Scottsdale AZ 85255 | (Final distribution to Claim 1, representing a Payment of 2.88% per court order.) | 7100-000 | | 671.49 | 8,969.49 |
| 10/16/13 | 001007 | Nordstrom fsb P.O. Box 6566 Englewood, CO 80155 | (Final distribution to Claim 3, representing a Payment of 2.88% per court order.) | 7100-000 | | 43.90 | 8,925.59 |
| 10/16/13 | 001008 | American InfoSource LP as agent for First Data Global Leasing PO Box 248838 Oklahoma City, OK 73124-8838 | (Final distribution to Claim 4, representing a Payment of 2.88% per court order.) | 7100-000 | | 19.98 | 8,905.61 |
| 10/16/13 | 001009 | American InfoSource LP as agent for First Data Global Leasing PO Box 248838 Oklahoma City, OK 73124-8838 | (Final distribution to Claim 5, representing a Payment of 2.88% per court order.) | 7100-000 | | 15.15 | 8,890.46 |
| 10/16/13 | 001010 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | (Final distribution to Claim 6, representing a Payment of 2.88% per court order.) | 7100-000 | | 127.06 | 8,763.40 |
| 10/16/13 | 001011 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | (Final distribution to Claim 7, representing a Payment of 2.88% per court order.) | 7100-000 | | 336.77 | 8,426.63 |
| 10/16/13 | 001012 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | (Final distribution to Claim 8, representing a Payment of 2.88% per court order.) | 7100-000 | | 304.17 | 8,122.46 |

Page Subtotals 0.00 5,188.58

Case 2:11-bk-15686-DPC    Doc 85    Filed 12/19/13    Entered 12/19/13 11:16:08    Desc
Main Document    Page 16 of 17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-15686
Case Name: ANTHONY VERDONE
TAMEE VERDONE
Taxpayer ID No: XX-XXX3558
For Period Ending: 12/19/13

Trustee Name: ANDREW NEMETH
Bank Name: Union Bank
Account Number/CD#: XXXXXX0161 - Checking Account
Blanket Bond (per case limit): $500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/13 | 001013 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | (Final distribution to Claim 10, representing a Payment of 2.88% per court order.) | 7100-000 | | 267.04 | 7,855.42 |
| 10/16/13 | 001014 | PACIFIC WESTERN BANK 10450 PIONEER BLVD., SUITE 6 SANTA FE SPRINGS, CA 90670 | (Final distribution to Claim 11, representing a Payment of 2.88% per court order.) | 7100-000 | | 7,832.36 | 23.06 |
| 10/16/13 | 001015 | HSBC Bank Nevada, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | (Final distribution to Claim 12, representing a Payment of 2.88% per court order.) | 7100-000 | | 23.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,104.63 | 29,104.63 | 0.00 |
| Less: Bank Transfers/CD's | 29,104.63 | 0.00 | |
| Subtotal | 0.00 | 29,104.63 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 29,104.63 | |

| | | NET | ACCOUNT |
| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market Account - XXXXXX9741 | 39,200.63 | 96.00 | 0.00 |
| Checking Account - XXXXXX0161 | 0.00 | 29,104.63 | 0.00 |
| | --------------------------- | --------------------------- | --------------------------- |
| | 39,200.63 | 29,200.63 | 0.00 |
| | =============== | =============== | =============== |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 39,200.63
Total Gross Receipts: 39,200.63

Page Subtotals          0.00          8,122.46